IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHISN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STARCIA SCOTT, AARON BLAKE KIM STEVENSON, JAMES GARDNER GWENDOLYN GASTON and CHERYL ROSS, <br><br> Plaintiffs, <br><br> v. <br><br> EMORY FEDERAL CREDIT UNION, <br><br> Defendant. | Civil Action No. <br><br> 1:14-cv-00503-ODE <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have settled this action, contingent on agreement to and execution of formal settlement documents and on Court approval of the settlement. The parties intend to seek, on or before July 31, 2014, review and approval of the settlement.

Moreover, the parties respectfully request that the Court stay the action through July 31, 2014, to provide time for finalizing and submission of formal settlement documents. The parties further request the continuation of forthcoming case management deadlines. Should the parties be unable to finalize settlement and seek review and approval of the settlement on or before July 31, 2014, the

parties will meet and confer to discuss the status of the instant action, including deadlines related to proposed case management deadlines.

Dated: June 27, 2014.

| | |
|---|---|
| /s/Abigail J. Larimer | /s/ Rachel E. Burke |
| Abigail J. Larimer | Rachel E. Burke |
| Georgia Bar No. 999229 | *Admitted Pro Hac Vice* |
| Benjamin F. Barrett | Porter Wright Morris & Arthur LLP |
| Georgia Bar No. 039586 | 250 East Fifth St. Suite 2200 |
| Attorney for Plaintiffs | Cincinnati, OH  45202 |
| Barrett & Farahany, LLP | (513) 369-4236 |
| 1100 Peachtree Street, N.E. | |
| Suite 500 | Scott Gilbert Blews |
| Atlanta, GA 30309 | Georgia Bar No. 063390 |
| (404) 214-0120 | Amy K. Weber |
| | Georgia Bar No. 773736 |
| | Taylor English Dumma LLP |
| | 1600 Parkwood Circle, Suite 400 |
| | Atlanta, GA  30339 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHISN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STARCIA SCOTT, AARON BLAKE KIM STEVENSON, JAMES GARDNER GWENDOLYN GASTON and CHERYL ROSS, | ) ) ) ) ) | Civil Action No. 1:14-cv-00503-ODE |
| Plaintiffs, | ) | JURY TRIAL DEMANDED |
| v. | ) ) ) | |
| EMORY FEDERAL CREDIT UNION, | ) ) | |
| Defendant. | ) | |

_____

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2014, I electronically filed the foregoing NOTICE OF SETTLEMENT with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

        Scott Gilbert Blews, Esq.
        Amy K. Weber, Esq.
        Taylor English Dumma LLP
        1600 Parkwood Circle, Suite 400
        Atlanta, GA  30339

        Rachel E. Burke, Esq.
        Porter Wright Morris & Arthur LLP
        250 East Fifth St. Suite 2200
        Cincinnati, OH  45202

This 27th day of June, 2014.

/s/ Abigail J. Larimer
Abigail J. Larimer
Georgia Bar No. 999229
*Attorney for Plaintiffs*

BARRETT & FARAHANY, LLP
1100 Peachtree Street, N.E., Suite 500
Atlanta, GA 30309
Telephone: (404) 214-0120
Facsimile: (404) 214-0125
Email: abigail@bf-llp.com