IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STARCIA SCOTT, AARON BLAKE KIM STEVENSON, JAMES GARDNER GWENDOLYN GASTON and CHERYL ROSS,<br><br>  Plaintiffs,<br><br>v.<br><br>EMERY FEDERAL CREDIT UNION,<br><br>  Defendant.<br>_____ | Civil Action No.<br><br> 1:14-cv-00503-ODE<br><br>JURY TRIAL DEMANDED |

## CONSENT MOTION SEEKING COURT APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

Plaintiffs Starcia Scott, Aaron Blake, Kim Stevenson, James Gardner, Gwendolyn Gaston, and Cheryl Ross, together with Defendant Emery Federal Credit Union, hereby jointly move the Court to enter an Order approving the parties' settlement of all claims in this civil action and dismissing this civil action with prejudice.

For cause, the parties would show as follows:

{}

**The Nature of Plaintiffs' Lawsuit**

1. Plaintiffs allege in this civil action that Defendant has violated the Fair Labor Standards Act ("FLSA") by failing to pay them overtime compensation for hours worked in excess of forty in given workweeks.

**The Parties**

2. Emery is a company that was previously engaged in the business of selling mortgage loan products. Emery has shut down the mortgage division of its business.

3. Plaintiffs were employed by Emery as Mortgage Loan Officers and Loan Processors based out of an office located in Norcross, Georgia.

**The Parties' Bona Fide Disputes under the FLSA**

4. Multiple *bona fide* disputes exist between the parties under the FLSA, including:

(a) Whether Plaintiffs were categorized as exempt under the FLSA;

(b) If Plaintiffs were not exempt, the number of hours they worked during the relevant time period; and

(c)  If Plaintiffs were not exempt and if Plaintiffs worked in excess of forty hours a week during the relevant time period, whether they are entitled to liquidated damages under the FLSA.

**<u>The Parties' Settlement</u>**

5. The parties have engaged in ongoing settlement discussions.  The parties were able to reach a fair and reasonable agreement to settle Plaintiffs' claims against Defendant.

6. Without admitting any liability under the FLSA, Defendant has agreed to pay Plaintiffs back overtime wages under the FLSA.

7. Without admitting any liability under the FLSA, Defendant has also agreed to pay Plaintiffs liquidated damages under the FLSA in an amount equal to the agreed-upon back overtime wages.

8. Without admitting any liability under the FLSA, Defendant has also agreed to pay Plaintiffs' attorneys' fees and litigation costs.

9. In exchange for the above-referenced payments, Plaintiffs have agreed to release Defendant from any liability under the FLSA up to the date of the parties' settlement.  Thus, the parties' settlement does not involve Plaintiffs prospectively waiving any rights under the FLSA.

10. Plaintiffs agree that the above-referenced payments fully compensate them for any and all amounts owed to them under the FLSA, whether for overtime, minimum wage, or any other compensation.

**WHEREFORE,** the parties respectfully request that the Court enter the attached proposed Order approving the parties' settlement of all claims in this civil action and dismissing this civil action with prejudice.

Jointly submitted this 24 day of July, 2014 by:

/s/Abigail J. Larimer
Abigail J. Larimer
Georgia Bar No. 999229
Benjamin F. Barrett
Georgia Bar No. 039586
Attorney for Plaintiffs
Barrett & Farahany, LLP
1100 Peachtree Street, N.E.
Suite 500
Atlanta, GA 30309
(404) 214-0120

/s/ Rachel E. Burke
Rachel E. Burke
A*dmitted Pro Hac Vice*
Porter Wright Morris & Arthur LLP
250 East Fifth St. Suite 2200
Cincinnati, OH  45202
(513) 369-4236

Scott Gilbert Blews
Georgia Bar No. 063390
Amy K. Weber
Georgia Bar No. 773736
Taylor English Dumma LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA  30339

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHISN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STARCIA SCOTT, AARON BLAKE KIM STEVENSON, JAMES GARDNER GWENDOLYN GASTON and CHERYL ROSS, | ) ) ) ) ) | Civil Action No.  1:14-cv-00503-ODE |
| Plaintiffs, | ) | JURY TRIAL DEMANDED |
| v. | ) ) | |
| EMERY FEDERAL CREDIT UNION, | ) ) | |
| Defendant. | ) | |

_____

## **CONSENT ORDER**

Having considered the parties' consent motion, it is ORDERED as follows:

The parties' settlement of Plaintiffs' claims against Defendant in this civil action is hereby approved; Plaintiffs' Complaint, and all claims made therein, is hereby dismissed with prejudice, and this civil action is hereby terminated.

SO ORDERED this ____ day of July, 2014.

_____
ORINDA EVANS
UNITED STATES DISTRICT COURT JUDGE

{}