FILED IN CHAMBERS
U.S.D.C. - Atlanta

JUL 25 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHISN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STARCIA SCOTT, AARON BLAKE KIM STEVENSON, JAMES GARDNER GWENDOLYN GASTON and CHERYL ROSS,<br><br>   Plaintiffs,<br><br>v.<br><br>EMERY FEDERAL CREDIT UNION,<br><br>   Defendant. | Civil Action No.<br><br>1:14-cv-00503-ODE<br><br>JURY TRIAL DEMANDED |

## CONSENT ORDER

Having considered the parties' consent motion, it is ORDERED as follows:

The parties' settlement of Plaintiffs' claims against Defendant in this civil action is hereby approved; Plaintiffs' Complaint, and all claims made therein, is hereby dismissed with prejudice, and this civil action is hereby terminated.

SO ORDERED this 25 day of July, 2014.

_____
ORINDA EVANS
UNITED STATES DISTRICT COURT JUDGE

{}